1  LAW OFFICES OF BOWMAN & ASSOCIATES
   Robert C. Bowman, Jr. (State Bar No: 232388)
2  Kara Keister (State Bar No. 250260)
   2151 River Plaza Drive, Suite 105
3  Sacramento, California 95833
   Telephone: (916) 923-2800
4  Facsimile: (916) 923-2828

5  Attorneys for Plaintiff
   DAVID PRAMIK

6

7               UNITED STATES DISTRICT COURT

8               EASTERN DISTRICT OF CALIFORNIA

9

10 DAVID PRAMIK,                    )  Case No. 2:10-CV-02430-KJM-CKD
                                    )
11         Plaintiff,                )  **STIPULATION AND REQUEST**
                                    )  **FOR DISMISSAL WITH**
12    v.                            )  **PREJUDICE; [PROPOSED] ORDER**
                                    )
13 HOME DEPOT USA, INC., and DOES 1 )  [F.R.C.P. 41(a)(1)]
   through 50, inclusive,           )
14                                  )
           Defendants.              )
15                                  )
                                    )
16

17

18

19
           Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff David Pramik
20
   and Defendant Home Depot USA, Inc. hereby stipulate and request that this entire action,
21
   including all parties and all causes of action, be dismissed with prejudice.  Each party shall bear
22
   its own attorney's fees and costs.
23

24

25

26

27

28
   Firmwide:96630898.1 029675.1027                          Case No. 2:10-CV-02430-JAM-KJM
   STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE

Dated: August 1, 2011

/s/ *Cara Ching-Senaha*
CARA CHING-SENAHA
CORTNEY L. MCDEVITT
JACKSON LEWIS LLP
Attorneys for Defendant
HOME DEPOT USA, INC.

Dated: August 1, 2011

/s/ *Kara Keister* (Authorized __/__/2010)
KARA KEISTER
LAW OFFICE OF BOWMAN & ASSOCIATES
A Professional Law Corporation
Attorneys for Plaintiff
DAVID PRAMIK

**ORDER**

IT IS SO ORDERED.

DATED: August 23, 2011.

_____
UNITED STATES DISTRICT JUDGE